IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                      4:14cv273–WS/CAS

KEVIN HAMPTON,

    Defendant.

_____

## ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT'S MOTION TO DISMISS

Before the court is the magistrate judge's report and recommendation (doc. 43) docketed May 19, 2016. The magistrate judge recommends that the defendant's motion to dismiss be granted in part and denied in part. Neither party has filed objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 43) is hereby ADOPTED and incorporated by reference in this order.

2. The defendant's motion to dismiss (doc. 40) the plaintiff's fourth amended complaint is GRANTED to the extent the defendant seeks dismissal of the plaintiff's claim for damages against the defendant in his official capacity. The defendant's motion to dismiss (doc. 40) is otherwise DENIED.

3. The plaintiff's claim for damages against the defendant in his official capacity is DISMISSED.

4. The case shall be REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this   28th   day of    June   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE